**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: fkantrow@avrumrosenlaw.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
KATHERINE A. GERACI *
( * also admitted in New Jersey )

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN *
(* of counsel )

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/13
```

April 29, 2013

Chambers of Honorable Harold Baer
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re:  Cargill Incorporated v. International Exchange Services, LLC
     Case No. 1:12-cv-7042- HB

Dear Chambers:

We represent Debra Kramer, the Chapter 7 Trustee of the Estate of International Exchange Services, LLC. Please be advised the International Exchange Services, LLC (the "Debtor") has filed for bankruptcy relief with the Bankruptcy Court in the Eastern District of New York on February 2013 under Case No. 13-40909-ess. Attached is notice of the filing. By virtue of the bankruptcy filing, an automatic stay has been imposed pursuant to Section 362 of the Bankruptcy Code and the above-reference action against the Debtor has been stayed. I thank you for your cooperation with this matter and should you have any questions, please feel free to contact the undersigned.

Very truly yours,

/s/ Kimberly Berson

Kimberly Berson

cc: Dennis Murashko, Esq. (via email)
    Karen Elizabeth Abravanel, Esq. (via email)

[Handwritten note from Judge: I will put the matter on my November calendar. November 4, 2013 & unless I hear from you to the contrary will be dismissed on my 3rd party list so & it will so affect.]

SO ORDERED:

[signature] Harold Baer, Jr., U.S.D.J.

Date: 5/1/13

Endorsement:

      I will put the matter on my suspense calendar until November 4, 2013 and should I fail to hear from you as to any new status the case will be dismissed on or about that date. The third party complaint has a PTSO that is still in effect.