```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/13
```

**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: fkantrow@avrumrosenlaw.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
KATHERINE A. GERACI *
( * also admitted in New Jersey )

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN *
(* of counsel )

May 8, 2013

Honorable Judge Harold Baer
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re: Cargill Incorporated v. International Exchange Services, LLC v. Biourja Trading, LLC
Case No. 1:12-cv-7042- HB

Dear Honorable Judge Baer:

We represent Debra Kramer, the Chapter 7 Trustee of the Estate of International Exchange Services, LLC. As you are aware the above action against International Exchange Services, LLC has been stayed due to the bankruptcy filing by International Exchange Services, LLC. Accordingly, the Court has placed the matter on its suspense calendar until November 4, 2013 and if the Court fails to hear from us as to any new status the case will be dismissed. As to the third party action, we respectfully request that this matter also be placed on the Court's suspense calendar as the Trustee needs time to investigate whether it is in the best interest of the estate to pursue this litigation. The Trustee's counsel will be conducting an extensive examination of the Debtor and at that time will request further information about the third party lawsuit. In addition, the third party action may be tied into the underlying action which has been stayed. We have obtained the consent of the plaintiff as well as the third party defendant to stay the third party action. I thank you for your cooperation with this matter and should you have any questions, please feel free to contact the undersigned.

Respectfully yours,

Kimberly Berson

cc: Dennis Murashko, Esq. (via email)
Karen Elizabeth Abravanel, Esq. (via email)

*[Handwritten annotation: 5/14/13 — the entire 3rd party action will be stayed until November 4, 2013 & then if I don't hear from you that the case will be dismissed. SO ORDERED. /s/ JSP]*

Endorsement:

      Very well all parties and the case will in toto be put on suspense until November 4, 2013 and dismissal at that time should I fail to hear from you.