**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: kiberson@avrumrosenlaw.com

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN * |
| | (* *of counsel* ) |
| KIMBERLY I. BERSON | |
| DEBORAH L. DOBBIN | |
| SCOTT T. DILLION | |

October 28, 2013

Honorable Judge Harold Baer
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re:   Cargill Incorporated v. International Exchange Services, LLC v. Biourja Trading, LLC
        Case No. 1:12-cv-7042- HB

Dear Honorable Judge Baer:

We represent Debra Kramer, the Chapter 7 Trustee of the Estate of International Exchange Services, LLC. We are required to provide the Court with a status as to the above action and the third -party action. International Exchange Services, LLC's bankruptcy is still pending and therefore, the automatic stay is still in place pursuant to 11 U.S.C. section 362(a). As to the third-party action, the Trustee wishes to dismiss that action without prejudice and has received the consent of the third-party defendant to do the same. The Trustee intends to file a stipulation regarding same. I thank you for your cooperation with this matter and should you have any questions, please feel free to contact the undersigned.

Respectfully yours,
/s/Kimberly Berson
Kimberly Berson

cc: Dennis Murashko, Esq. (via email)
    Jim Wrathall, Esq.(via email)

\\Server\clients\K\kramer-IES\correspondence\letrestatus.wpd