UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                  No. 12-cv-7042(HB)

CARGILL INCORPORATED,

                               Plaintiff.
      -against-

INTERNATIONAL EXCHANGE SERVICES,
LLC,
        Defendant and Third-Party

      -against-

BIOURJA TRADING LLC,

        Third-Party Defendant.

------------------------------------------------------------x

**STIPULATION DISMISSING THIRD-PARTY ACTION WITHOUT PREJUDICE**

      WHEREAS, International Exchange Services, LLC has filed a chapter 7 petition for bankruptcy relief;

      WHEREAS, Debra Kramer (the "Trustee") has been appointed the Chapter 7 trustee for the Estate of International Trading Services, LLC;

      WHEREAS, the Trustee and BioUrja Trading have agreed to dismiss the third-party action without prejudice.

      THEREFORE, IT IS AGREED THAT:

      1. the third- party action shall be dismissed without prejudice and

      2. each party is responsible for their own legal fees and costs.

Dated:  Huntington, New York
         October 28, 2013        The Law Offices of Avrum J. Rosen, PLLC
                                         Attorneys for the Debra Kramer, as Chapter Trustee for
                                         International Exchange Services, LLC

BY:   S/Fred S. Kantrow
      Fred S. Kantrow
      38 New Street
      Huntington, New York 11743
      631 423 8527
      fkantrow@avrumrosenlaw.com

Dated: October 28, 2013       Sullivan& Worcester LLP
       Washington D.C.         Attorneys for BioUrja Trading, LLC

                              By:  /s/ Karen E. Avravanel
                                   Karen E. Abravanel
                                   1633 Broadway, 32nd Floor
                                   New York, NY 10104
                                   email: kabravanel@sandw.com