UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:  No. 12-cv-7042(HB)

CARGILL INCORPORATED,

                Plaintiff.
    -against-

INTERNATIONAL EXCHANGE SERVICES, LLC,

        Defendant and Third-Party

    -against-

BIOURJA TRADING LLC,

        Third-Party Defendant.
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/14
```

## STIPULATION DISMISSING THIRD-PARTY ACTION WITHOUT PREJUDICE

WHEREAS, International Exchange Services, LLC has filed a chapter 7 petition for bankruptcy relief;

WHEREAS, Debra Kramer (the "Trustee") has been appointed the Chapter 7 trustee for the Estate of International Trading Services, LLC;

WHEREAS, the Trustee and BioUrja Trading have agreed to dismiss the third-party action without prejudice.

THEREFORE, IT IS AGREED THAT:

1. the third- party action shall be dismissed without prejudice and

2. each party is responsible for their own legal fees and costs.

Dated: Huntington, New York
      October 28, 2013    The Law Offices of Avrum J. Rosen, PLLC
                                     Attorneys for the Debra Kramer, as Chapter Trustee for
                                     International Exchange Services, LLC

|  | BY: | S/Fred S. Kantrow |
|---|---|---|
|  |  | Fred S. Kantrow |
|  |  | 38 New Street |
|  |  | Huntington, New York 11743 |
|  |  | 631 423 8527 |
|  |  | fkantrow@avrumrosenlaw.com |

Dated: October 28, 2013
Washington D.C.

Sullivan & Worcester LLP
Attorneys for BioUrja Trading, LLC

By: /s/ Karen E. Avravanel
Karen E. Abravanel
1633 Broadway, 32nd Floor
New York, NY 10104
email: kabravanel@sandw.com

*The Third Party action is dismissed w/o prejudice & the Clerk is instructed to close that portion of the lawsuit & remove it from my file.*

SO ORDERED: /s/ Harold Baer
Harold Baer, Jr., U.S.D.J.
Date: 4/4/14