```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 14 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARGILL, INCORPORATED,

                              Plaintiff,

                -v-

INTERNATIONAL EXCHANGE SERVICES,
LLC,

                            Defendant.

------------------------------------------------------------X

12 Civ. 7042 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

      The above-referenced action has recently be reassigned to the undersigned. The parties are ORDERED to provide the Court with a joint status report no later than **July 18, 2014**, apprising the Court of where this case currently stands. The status report shall include information regarding any schedule that is currently in place, as well as the status of the bankruptcy action.

      The parties are FURTHER ORDERED to appear for a status conference on **July 29, 2014** at **1:00 p.m.**

      SO ORDERED.

Dated:     New York, New York
              July 14, 2014

                                                  _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge