USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 17 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARGILL, INCORPORATED,

                              Plaintiff,

                -v-

INTERNATIONAL EXCHANGE SERVICES, LLC,

                              Defendant.

------------------------------------------------------------X

12 Civ. 7042 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

In light of the July 16, 2014 status report provided by the Chapter 7 Trustee of the Estate of International Exchange Services, LLC, the Court hereby ADJOURNS the status conference currently scheduled for July 29, 2014.

The parties are ORDERED to henceforth provide a joint status report to the Court every 90 days or until the bankruptcy action is resolved.

The Clerk of Court is directed to remove this action from the Pilot Project Regarding Case Management Techniques for Complex Civil Cases.

SO ORDERED.

Dated:     New York, New York
            July 17, 2014

                                              KATHERINE B. FORREST
                                              United States District Judge