**THE LAW OFFICES OF**
**AVRUM J. ROSEN**, **PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: kiberson@avrumrosenlaw.com

AVRUM J. ROSEN                                              ALLAN B. MENDELSOHN *
FRED S. KANTROW                                             MICHAEL J. O'SULLIVAN *
                                                            (* *of counsel* )
KIMBERLY I. BERSON
DEBORAH L. DOBBIN
SCOTT T. DILLION

October 15, 2014

Honorable Judge Katherine B. Forest
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re:   Cargill Incorporated v. International Exchange Services, LLC v. Biourja Trading, LLC
      Case No. 1:12-cv-7042- HB

Dear Honorable Judge Forest:

      We represent Debra Kramer, the Chapter 7 Trustee of the Estate of International Exchange Services, LLC.  We are required to provide the Court with a status as to the above action and the third -party action.  International Exchange Services, LLC's bankruptcy is still pending and therefore, the automatic stay is still in place pursuant to 11 U.S.C. section 362(a).  As to the third-party action, the parties have entered into a stipulation dismissing the third party action.  I thank you for your cooperation with this matter and should you have any questions, please feel free to contact the undersigned.

                                              Respectfully yours,
                                              /s/Kimberly Berson
                                              Kimberly Berson

cc: Dennis Murashko, Esq. (via email)
    Jim Wrathall, Esq.(via email)

\\Server\clients\K\kramer-IES\correspondence\letterforestcargillstatus.wpd