USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 16 2014

**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: kiberson@avrumrosenlaw.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
SCOTT T. DILLION

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN *
(* of counsel )

October 15, 2014

Honorable Judge Katherine B. Forest
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re:   Cargill Incorporated v. International Exchange Services, LLC v. Biourja Trading, LLC
      Case No. 1:12-cv-7042- HB

Dear Honorable Judge Forest:

We represent Debra Kramer, the Chapter 7 Trustee of the Estate of International Exchange Services, LLC. We are required to provide the Court with a status as to the above action and the third-party action. International Exchange Services, LLC's bankruptcy is still pending and therefore, the automatic stay is still in place pursuant to 11 U.S.C. section 362(a). As to the third-party action, the parties have entered into a stipulation dismissing the third party action. I thank you for your cooperation with this matter and should you have any questions, please feel free to contact the undersigned.

Respectfully yours,
/s/Kimberly Berson
Kimberly Berson

cc: Dennis Murashko, Esq. (via email)
    Jim Wrathall, Esq.(via email)

\\Server\clients\K\kramer-IES\correspondence\letterforestcargillstatus.wpd

*Handwritten order:*

Ordered

The parties are directed to file another status update in 90 days.

K. B. Forest
USDJ

10/16/14