# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601.1692

TELEPHONE: +1.312.782.3939 • FACSIMILE: +1.312.782.8585

Direct Number: (312) 269-4121
DMURASHKO@JONESDAY.COM

JP013830
691066-600002

January 6, 2015

<u>VIA CM/ECF</u>

Hon. Katherine B. Forrest
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 06 2015

          Re:    *Cargill, Incorporated v. International Exchange Services, LLC*, Case No. 1:12-cv-07042-KBF

Dear Judge Forrest:

    I write to request leave to withdraw my appearance as counsel for Plaintiff in the above-referenced matter. As of January 12, 2015, I accepted a new position and will no longer be working on this matter. Other attorneys from the Jones Day law firm who appeared as counsel for Plaintiff—Messrs. Charles T. Wehland and Rajeev Muttreja—will remain as counsel for Plaintiff. No party will be prejudiced by my withdrawal as counsel for Plaintiff in this matter.

                                    Respectfully submitted,

                                    /s/ Dennis Murashko
                                  *Counsel for Plaintiff*

So Ordered.
K B Forrest  1/6/15

cc:    All counsel of record (via CM/ECF)
       Kimberly Berson, *Counsel for Debra Kramer, Chapter 7 Trustee of International Exchange Services, LLC* (via email)

CHI-181952745v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DUSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON